548

433 A.2d 526

Commonwealth v. Davis, Appellant.

Submitted March 6, 1980.
H. Stanley Rebert, Public Defender, for appellant; Floyd P. Jones, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

433 A.2d 526

Commonwealth v. Dixon, Appellant.

Submitted June 13, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.